IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.# 3:10mc30

| | |
|---|---|
| FOR THE MATTER OF THE STATE OF NORTH CAROLINA SUBPOENA FOR U.S. PROBATION OFFICERS ERIC SIMPSON AND SCOTT ALDRIDGE | ) ) ) ) |

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a State of North Carolina Subpoena for the testimony of U.S. Probation Officers Eric Simpson and Scott Aldridge and the production of government records relating to probationer Jason Holt. The testimony and production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, IT IS ORDERED that U.S. Probation Officers Eric Simpson and Scott Aldridge not give any pretrial, presentence or supervision information/testimony or produce any probation record relating to Jason Holt unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

IT IS SO ORDERED this 25 day of February, 2010.

Robert J. Conrad, Jr.
Chief U.S. District Court Judge